DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN WILEY & SONS, INC., <br><br> Defendant. | Case No. <br><br> **COMPLAINT FOR** <br> **1. COPYRIGHT INFRINGEMENT** <br> **2. BREACH OF CONTRACT** <br> **3. BREACH OF CONTRACT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Artifex Software, Inc. ("Artifex") for its Complaint against Defendant John Wiley & Sons, Inc. ("Wiley") alleges and avers as follows:

**INTRODUCTION**

1. Artifex is the owner of MuPDF, a leading program used to interpret certain page description language files, such as Adobe Systems Incorporated's ("Adobe") Portable Document Format ("PDF") files. MuPDF is a widely used PDF interpreter and far outperforms its competitors on reliability and performance benchmarks. In addition to offering commercial licenses to MuPDF, Artifex has licensed and continues to license MuPDF to the public under conditional open source licenses—such as the GNU General Public License version 3.0 ("GNU GPL") and the GNU Affero General Public License ("GNU AGPL") (collectively, "the GPL open source licenses")—to further promote the advancement of interpreter technologies.

2. Defendant Wiley has unlawfully, willfully, and for commercial advantage copied, used, and incorporated Artifex's copyrighted MuPDF software into at least 102 mobile applications without the consent of Artifex in violation of federal law and to Artifex's detriment. Wiley has never entered into a commercial license from Artifex for Wiley's use and distribution of MuPDF.  Further, Wiley has abused Artifex's altruism by reaping the benefits of a MuPDF license under the GNU AGPL or, in the alternative, the GNU GPL without complying with the terms of those licenses.  Accordingly, Wiley's use and distribution of MuPDF in its software is and has been unlicensed and unauthorized.

3. After discovering Wiley's infringement of Artifex's valuable copyright in MuPDF and abuse of the GPL open source licenses, Artifex demanded that Wiley cease its infringement and remit to Artifex appropriate compensation for Wiley's unlicensed use of MuPDF.  Ignored by Wiley, Artifex turns to this Court to enjoin Wiley from further infringement and to seek relief and recovery for Wiley's copyright infringement and abuse of Artifex's open source licenses.

### NATURE OF THE CASE

4. This action seeks to enjoin Wiley from unauthorized and unlawful use of Artifex's copyright in MuPDF and to hold Wiley accountable for injury inflicted by its copyright infringement and breach of the GNU AGPL or, in the alternative, the GNU GPL.

5. Artifex seeks permanent injunctive relief and damages under the laws of the United States and the State of California.

### PARTIES

6. Plaintiff Artifex is a California corporation with its principal place of business at 1305 Grant Avenue, Suite 200, Novato, California 94945.

7. Defendant Wiley is a New York corporation with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.  Wiley has offices in California at 535 Mission Street, 14th Floor, San Francisco, CA 94105.  On information and belief, Wiley does business in California and has offered and distributed its infringing products incorporating MuPDF in California through the Internet, at least through California-based Google Inc.'s Google Play marketplace.

**JURISDICTION AND VENUE**

8. Artifex's claim for copyright infringement arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*. Artifex also brings a related state law claim for breach of contract.

9. This Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338, and 1367.

10. This Court has specific personal jurisdiction over Wiley as it, through (1) its offering and distribution of its infringing products containing MuPDF through the Internet to citizens of California and (2) conducting business through its office in California and with companies in California, such as Google Inc. and Artifex—including entering into the GNU AGPL or the GNU GPL with Artifex—purposefully committed within California the acts from which these claims arise and/or committed tortious acts outside California, knowing and intending that such acts would cause injury within the state to Artifex, a California corporation. The Court also has general personal jurisdiction over Wiley as it conducts continuous, systematic, and routine business—through its office in California and through the Internet—within the state of California and within the jurisdiction of this Court, which makes Wiley essentially at home in California.

11. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(a).

**INTRADISTRICT ASSIGNMENT**

12. This is an Intellectual Property Action and therefore assignment to any division of the Court is proper pursuant to Civil L.R. 3-2(c). Artifex believes assignment to the San Francisco division is particularly appropriate given its proximity to the principal offices of Artifex as well as Artifex's counsel of record.

**GENERAL ALLEGATIONS**

**<u>Artifex and MuPDF</u>**

13. Artifex is a closely-held, private corporation that was formed in 1993 and is headquartered in Novato, California. Artifex develops and licenses software products that interpret files written in a page description language ("PDL").

14. A PDL is a computer language developed for describing the contents of a printed page. A widely used example of a PDL is the Portable Document Format ("PDF") developed by Adobe Systems Incorporated ("Adobe"). PDF files generally allow for a document created on one platform to be displayed and/or printed on another platform exactly as it had been on the first. This is true regardless of whether the document consists of graphics, text, or both. Moreover, PDF files will display text on the screen as it would be displayed on printed pages regardless of the font that the text was created in and regardless of whether the displaying computer (or printer) is loaded with such fonts. Fonts used in PDF files are embedded within the PDF file itself, eliminating the need for both computers to install the same fonts. PDF files, moreover, are generally created from the print stream generated by a program. A PDF creator will capture the information from the print stream and convert it into a PDF file. One drawback of PDF files is that, in general, they cannot be edited once the underlying document is encapsulated as a PDF file. These are called "static" PDF files.

15. MuPDF is a program developed by Artifex that can interpret PDF files.

16. MuPDF is a widely used PDF interpreter. Artifex has earned the confidence of its customers through the demonstrated reliability of its products and highly competitive results on performance benchmarks. These results have been accomplished only through extensive investment in research and development of the MuPDF software as well as the scrutiny of dozens of external beta testers and thousands of diverse users on the Internet. Artifex has expended substantial amounts of money on research and development in order to improve and update MuPDF.

17. Artifex's business is, in part, based on the revenues derived from Artifex's position as the exclusive commercial licensing agent of MuPDF. Artifex licenses MuPDF to the public under different licensing schemes. For those seeking to commercially distribute MuPDF or any product that incorporates MuPDF, Artifex will grant, for a fee, a license to use, modify, copy, and/or distribute MuPDF.

18. For non-commercial users willing to comply with certain open-source licensing requirements, Artifex currently provides licenses for MuPDF under the GNU AGPL. A true and

correct copy of the GNU AGPL is attached hereto as **Exhibit 1**.  Before February 2013, and at least since June 2010, Artifex provided licenses for MuPDF under the GNU GPL.  A true and correct copy of the GNU GPL is attached hereto as **Exhibit 2**.

19. Artifex does not charge a fee for licenses granted under the GPL open source licenses, which were created to promote the open-source development of software products. Towards that end, the GPL open source licenses grant the end user the right to copy, modify, or distribute complying copies of MuPDF.

### Wiley and Its Infringing Software

20. Wiley is a New York corporation publicly traded on the New York Stock Exchange with a reported annual revenue of approximately $1.8 billion in 2018.

21. On information and belief, at least as early as 2015, Wiley downloaded and used a version of Artifex's MuPDF software previously licensed to non-commercial users under the GNU GPL.  In the alternative, and dependent on the exact date Wiley downloaded the version of MuPDF that Wiley used, Wiley used a version of MuPDF licensed to non-commercial users under the GNU AGPL.

22. Wiley subsequently incorporated Artifex's MuPDF software into at least 102 of its mobile applications (collectively, the "Wiley Apps").  Artifex is informed and believes, and based thereon alleges, that Wiley's infringing use of MuPDF is more widespread and goes beyond the 102 Wiley Apps that Artifex has so far identified.

23. Wiley's infringing use of MuPDF in its mobile applications including, but not limited to, the 102 Wiley Apps is ongoing—Wiley has and continues to distribute versions of the Wiley Apps containing MuPDF to its customers via the Google Play marketplace.  As of the date of this Complaint, 89 Wiley Apps are available for download on the Google Play Store.  The 89 infringing Apps still available for download are:

1) Addiction Biology
2) Addiction Journal
3) Advanced Synthesis & Catalysis
4) American Jnl of Political Sci

| | | |
|---|---|---|
| 1 | 5) | American Jnl Transplantation |
| 2 | 6) | Anatomical Sciences Education |
| 3 | 7) | Angewandte |
| 4 | 8) | ANZJPH |
| 5 | 9) | Arthritis & Rheumatology |
| 6 | 10) | Arthritis Care & Research |
| 7 | 11) | Asian J. Org. Chem. |
| 8 | 12) | BJCP |
| 9 | 13) | BJU International |
| 10 | 14) | British Education Research Jnl |
| 11 | 15) | British Jnl of Pharmacology |
| 12 | 16) | British Journal of Dermatology |
| 13 | 17) | British Journal of Haematology |
| 14 | 18) | British Journal of Management |
| 15 | 19) | British Jrnl of Edu Technology |
| 16 | 20) | CA:Cancer Journ for Clinicians |
| 17 | 21) | Cancer |
| 18 | 22) | Cancer Cytopathology |
| 19 | 23) | Cancer Science App for Android |
| 20 | 24) | Chem. Asian J. |
| 21 | 25) | ChemBioChem |
| 22 | 26) | ChemCatChem |
| 23 | 27) | Chemical Eng & Technology |
| 24 | 28) | Chemistry - A European Journal |
| 25 | 29) | ChemistryOpen |
| 26 | 30) | ChemMedChem |
| 27 | 31) | ChemPhysChem |
| 28 | 32) | ChemPlusChem |

| | | |
|---|---|---|
| 33) | ChemSusChem | |
| 34) | Clin & Experimental Immunology | |
| 35) | Clinical Liver Disease | |
| 36) | Comm., Culture & Critique | |
| 37) | Communication Theory | |
| 38) | Cytometry Part A | |
| 39) | Cytometry Part B: Clinical Cytometry | |
| 40) | Dev Medicine & Child Neurology | |
| 41) | Developmental Dynamics | |
| 42) | Diabetic Medicine | |
| 43) | ETC Journal App | |
| 44) | Euro Jnl Inorganic Chemistry | |
| 45) | Euro Jnl Organic Chemistry | |
| 46) | European Jnl of Neuroscience | |
| 47) | European Journal of Neurology | |
| 48) | European Journal of Pain | |
| 49) | Functional Ecology | |
| 50) | Hepatology | |
| 51) | Human Communication Research | |
| 52) | IEAM Journal App | |
| 53) | Immunology | |
| 54) | Intl Jnl of Management Reviews | |
| 55) | Intl Jnl of Rheumatic Disease | |
| 56) | J of Computer-Mediated Comm | |
| 57) | JAGS | |
| 58) | JMRI | |
| 59) | Jnl of Bone & Mineral Research | |
| 60) | Jnl of Orthopaedic Research | |

COMPLAINT

| | | |
|---|---|---|
| 1 | 61) | Journal of Animal Ecology |
| 2 | 62) | Journal of Applied Ecology |
| 3 | 63) | Journal of Communication |
| 4 | 64) | Journal of Ecology |
| 5 | 65) | Journal of Management Studies |
| 6 | 66) | Journal of Neurochemistry |
| 7 | 67) | Journal of Neuroendocrinology |
| 8 | 68) | Journal of Nursing Scholarship |
| 9 | 69) | JVIM |
| 10 | 70) | L&O Methods |
| 11 | 71) | Liver Transplantation |
| 12 | 72) | Magnetic Resonance in Medicine |
| 13 | 73) | Methods in Ecology & Evolution |
| 14 | 74) | Pharmacotherapy |
| 15 | 75) | Protein Science |
| 16 | 76) | Psychophysiology |
| 17 | 77) | Quarterly Journal of the RMetS |
| 18 | 78) | STEM CELLS |
| 19 | 79) | TESOL Journal |
| 20 | 80) | TESOL Quarterly |
| 21 | 81) | The Anatomical Record |
| 22 | 82) | The FEBS Journal |
| 23 | 83) | The Journal of Finance |
| 24 | 84) | The Journal of Hospital Medicine |
| 25 | 85) | The Laryngoscope |
| 26 | 86) | TRANSFUSION |
| 27 | 87) | Veterinary Ophthalmology |
| 28 | 88) | Weather App |

COMPLAINT

89)     Worldviews on EBN

24. According to the App listings on the Google Play Store, 87 of the 89 Apps were last updated on April 17, 2019.  Of the two remaining Apps, "Weather App" was last updated on October 8, 2019, and "JAGS" was last updated on January 14, 2020.

25. Artifex initially tried to contact Wiley regarding its unauthorized use of MuPDF on or around September 11, 2017.  Artifex tried to contact Wiley using the email addresses for Wiley's "Designated Agent" for the Digital Millennium Copyright Act, Wiley's "Global Data Protection Officer," and the listed developer on the Wiley Apps' Google Play web page.  Artifex continued its attempts to contact Wiley throughout 2019, but to date, Artifex has received no response.

26. Because Wiley used and distributed MuPDF without a commercial license with Artifex, Wiley has consented to the terms of the GNU AGPL or, in the alternative, the GNU GPL, and is a party to that agreement with Artifex.[1]  The GNU AGPL and the GNU GPL provide at Section 9:

> You are not required to accept this License in order to receive or run a copy of the Program. Ancillary propagation of a covered work occurring solely as a consequence of using peer-to-peer transmission to receive a copy likewise does not require acceptance. However, nothing other than this License grants you permission to propagate or modify any covered work. These actions infringe copyright if you do not accept this License. Therefore, by modifying or propagating a covered work, you indicate your acceptance of this License to do so.

27. Wiley's use of MuPDF, however, did not comply with the conditions imposed by the GNU AGPL or the GNU GPL.

28. On information and belief, Wiley integrates MuPDF into the Wiley Apps in a way that an end user interfaces with only the Wiley Apps without any option for opting out of use of MuPDF or the obligations concerning MuPDF under the GNU AGPL or the GNU GPL.  The end user is never separately notified that MuPDF is part of the Wiley Apps.  Wiley's use and incorporation of MuPDF is seamless and entirely invisible to the end user.

---

[1] For purposes of this complaint, Artifex alleges alternative breaches of sections of the GNU AGPL and the GNU GPL that are identical both in their language and numbering.

29. Because the Wiley Apps incorporate MuPDF in this way, Wiley is required to distribute its software with the accompanying source code. The GNU AGPL and the GNU GPL provide at Section 6:

> You may convey a covered work in object code form under the terms of sections 4 and 5, provided that you also convey the machine-readable Corresponding Source under the terms of this License, in one of these ways:
>
> a) Convey the object code in, or embodied in, a physical product (including a physical distribution medium), accompanied by the Corresponding Source fixed on a durable physical medium customarily used for software interchange.
>
> b) Convey the object code in, or embodied in, a physical product (including a physical distribution medium), accompanied by a written offer, valid for at least three years and valid for as long as you offer spare parts or customer support for that product model, to give anyone who possesses the object code either (1) a copy of the Corresponding Source for all the software in the product that is covered by this License, on a durable physical medium customarily used for software interchange, for a price no more than your reasonable cost of physically performing this conveying of source, or (2) access to copy the Corresponding Source from a network server at no charge.
>
> . . .
>
> d) Convey the object code by offering access from a designated place (gratis or for a charge), and offer equivalent access to the Corresponding Source in the same way through the same place at no further charge. You need not require recipients to copy the Corresponding Source along with the object code. If the place to copy the object code is a network server, the Corresponding Source may be on a different server (operated by you or a third party) that supports equivalent copying facilities, provided you maintain clear directions next to the object code saying where to find the Corresponding Source. Regardless of what server hosts the Corresponding Source, you remain obligated to ensure that it is available for as long as needed to satisfy these requirements.
>
> e) Convey the object code using peer-to-peer transmission, provided you inform other peers where the object code and Corresponding Source of the work are being offered to the general public at no charge under subsection 6d.

30. On information and belief, Wiley never distributed and has never distributed any of the Wiley Apps with the accompanying source code or source code offer while the software incorporated MuPDF. Wiley thus failed to comply with and breached its license to use and distribute MuPDF under the GNU AGPL or the GNU GPL.

31. Artifex has expended and will expend a significant amount of its own resources to enforce Wiley's contractual obligations under the GNU AGPL or the GNU GPL, including the costs incurred in filing this Complaint and the future costs associated with litigating Artifex's claims. Wiley, furthermore, has been unjustly enriched at the expense of Artifex by avoiding the payment of any license fees and distributing the Wiley Apps, which contain MuPDF in breach of the GNU AGPL or the GNU GPL.

32. The GNU AGPL and the GNU GPL expressly state that any use of a product licensed thereunder or a work containing or derived from that product that does not comply with their respective requirements immediately terminates the licensee's right to use that product. The GNU AGPL and the GNU GPL provide at Section 8:

> You may not propagate or modify a covered work except as expressly provided under this License. Any attempt otherwise to propagate or modify it is void, and will automatically terminate your rights under this License (including any patent licenses granted under the third paragraph of section 11).

33. Wiley's failure to distribute source code along with the Wiley Apps constitutes breach of the requirements set forth in the GNU AGPL and the GNU GPL, as identified above. Wiley's right to copy or distribute MuPDF terminated upon these acts.

### Artifex's Copyright in MuPDF

34. MuPDF contains a substantial amount of original material that is copyrightable pursuant to 17 U.S.C. §102. Artifex has complied in all respects with the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* and all other laws governing copyright, and has obtained from the Registrar of Copyrights Certificate of Registration No. TX 6-989-229 for MuPDF version 20070105. A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 3**. Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-463-904 for MuPDF version 20120906. A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 4**. Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-473-187 for MuPDF version 0.5. A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 5**. Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-823-703 for

1  MuPDF version 20100302. A true and correct copy of this Certificate of Registration is attached
2  hereto as **Exhibit 6**.

3      35. Artifex has placed copyright notices on all copies of MuPDF version 20070105,
4  version 20120906, version 0.5, and version 20100302 that it has produced and licensed. Any
5  copies of the programs published by Artifex or under Artifex's authority or license have been
6  published in strict conformity with the provisions of the Copyright Act of 1976, 17 U.S.C. §§ 101
7  *et seq*., and all other laws governing copyright.

8      36. As set forth above, Wiley never entered into a commercial license agreement with
9  Artifex for its use of MuPDF, and it failed to comply with the terms of the GNU AGPL and the
10 GNU GPL such that Wiley used and distributed MuPDF without authorization under the GNU
11 AGPL or the GNU GPL, or any other agreement. Wiley, therefore, copied and distributed
12 MuPDF without the authorization of Artifex. Such activity constitutes infringement of Artifex's
13 copyright in MuPDF as well as a substantial, irreparable harm upon Artifex.

14 **FIRST CLAIM FOR RELIEF**
15 **COPYRIGHT INFRINGEMENT**
16 (**17 U.S.C. § 101** *et seq*.)

17     37. Artifex realleges and incorporates by reference each and every allegation set forth
18 in paragraphs 1-36, inclusive.

19     38. Before initiating this action, Artifex registered version 20070105 of MuPDF with
20 the United States Copyright Office on October 27, 2009, under Registration No. TX 6-989-229.

21     39. Before initiating this action, Artifex registered version 20120906 of MuPDF with
22 the United States Copyright Office on January 22, 2018, under Registration No. TX 8-463-904.

23     40. Before initiating this action, Artifex registered version 0.5 of MuPDF with the
24 United States Copyright Office on February 1, 2018, under Registration No. TX 8-473-187.

25     41. Before initiating this action, Artifex registered version 20100302 of MuPDF with
26 the United States Copyright Office on January 10, 2020, under Registration No. TX 8-823-703.

27     42. Through the actions complained of herein, Wiley has infringed and will continue
28 to infringe Artifex's copyright in and relating to any version of MuPDF that Wiley used,

including version 20070105, version 20120906, version 0.5, version 20100302, or derivative works thereof, by producing, distributing, and placing upon the market the Wiley Apps, or portions thereof which were copied from Artifex's copyrighted software.

43. During all relevant time periods, Wiley has lacked any valid license to shield its infringing conduct.

44. Artifex is entitled to an injunction restraining Wiley, its officers, agents, employees, assigns and all persons acting in concert with them from engaging in further such acts of reproduction or distribution in violation of federal copyright law.

45. Artifex is entitled to recover from Wiley the damages Artifex has sustained and will sustain as a result of Wiley's wrongful acts as alleged herein. Artifex is further entitled to recover from Wiley the gains, profits, and advantages Wiley has obtained as a result of its wrongful acts. The full extent of Artifex's damages and the gains, profits, and advantages Wiley has obtained by reason of its aforesaid acts of copyright infringement cannot be determined at this time, but will be proven at trial.

## SECOND CLAIM FOR RELIEF

## BREACH OF CONTRACT

### (GNU Affero General Public License)

46. Artifex realleges and incorporates by reference each and every allegation set forth in paragraphs 1-45, inclusive.

47. Artifex has performed each of the conditions, covenants, and obligations imposed on it by the terms of the GNU AGPL with Wiley.

48. Artifex granted Wiley a license to copy and distribute MuPDF under the GNU AGPL. By Wiley's actions as set forth hereinabove, on information and belief, Wiley has substantially and materially breached the GNU AGPL at least by failing to provide the source code of the Wiley Apps to each licensee or a written offer to provide a copy of the source code upon the request of each licensee.

49. As a direct and proximate result of these material breaches by Wiley, Artifex is entitled to an injunction requiring Wiley to distribute to each licensee of the Wiley Apps the complete corresponding source code for those products.

50. Artifex is further entitled to recover from Wiley the damages Artifex has sustained, including consequential damages, for Artifex's costs in enforcing the GNU AGPL. The amounts cannot be determined at this time. Artifex is also entitled to recover as restitution from Wiley any unjust enrichment, including any gains, profits, and advantages that Wiley has obtained as a result of its breach of the GNU AGPL. The amount of such unjust enrichment cannot be determined at this time.

**THIRD CLAIM FOR RELIEF**
**(In the alternative to the Second Claim for Relief)**

**BREACH OF CONTRACT**

**(GNU General Public License)**

51. Artifex realleges and incorporates by reference each and every allegation set forth in paragraphs 1-50, inclusive.

52. In the alternative, Artifex has performed each of the conditions, covenants, and obligations imposed on it by the terms of the GNU GPL with Wiley.

53. In the alternative, Artifex granted Wiley a license to copy and distribute MuPDF under the GNU GPL. By Wiley's actions as set forth hereinabove, on information and belief, Wiley has substantially and materially breached the GNU GPL at least by failing to provide the source code of the Wiley Apps to each licensee or a written offer to provide a copy of the source code upon the request of each licensee.

54. In the alternative, as a direct and proximate result of these material breaches by Wiley, Artifex is entitled to an injunction requiring Wiley to distribute to each licensee of the Wiley Apps the complete corresponding source code for those products.

55. In the alternative, Artifex is further entitled to recover from Wiley the damages Artifex has sustained, including consequential damages, for Artifex's costs in enforcing the GNU GPL. The amounts cannot be determined at this time. Artifex is also entitled to recover as

COMPLAINT

restitution from Wiley any unjust enrichment, including any gains, profits, and advantages that Wiley has obtained as a result of its breach of the GNU GPL. The amount of such unjust enrichment cannot be determined at this time.

## PRAYER FOR RELIEF

Artifex prays for judgment against Wiley as follows:

1. For permanent injunctive relief, including an order restraining and enjoining Wiley from further infringement of Artifex's copyright, specifically:

   a. that Wiley, as well as any successor entities, its directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, and each of them, be enjoined from continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any version of MuPDF and any works derived or copied from any such version of MuPDF or to participate or assist in any such activity;

   b. that Wiley, as well as any successor entities, its directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Artifex's copyright in MuPDF;

   c. that Wiley, as well as any successor entities, its directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, be enjoined to return to Artifex any originals, copies, facsimiles, or duplicates of any version of MuPDF or any works derived or copied from MuPDF in their possession, custody, or control that are shown by the evidence to infringe any Artifex copyright;

   d. that Wiley be enjoined to recall from all distributors, wholesalers, dealers, retailers, non-Artifex-licensed customers and distributors, and all others

           known to Wiley any originals, copies, facsimiles, or duplicates of any works shown by the evidence to infringe any Artifex copyright;

    e. that Wiley be enjoined to deliver upon oath, to be impounded during the pendency of this action, and for destruction pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any version of MuPDF or any works derived or copied from any such version of MuPDF in its possession, custody, or control that are shown by the evidence to infringe any Artifex copyright;

    f. that Wiley distribute to each licensee of the Wiley Apps the complete corresponding source code for the products in accordance with the GNU AGPL or the GNU GPL;

2. For compensatory damages against Wiley, including any consequential damages, in an amount to be determined at trial;

3. For statutory damages against Wiley in an amount to be determined at trial;

4. For an accounting of all gains, profits, and advantages derived by Wiley from its infringement and for its other violations of law;

5. For all profits and advantages derived by Wiley from its infringement and for its other violations of law to be deemed to be in constructive trust for the benefit of Artifex;

6. For restitution, unjust enrichment, and compensatory damages according to proof at trial;

7. For attorneys' fees and costs of suit incurred herein; and

8. That the Court grant such other, further, and different relief as the Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Artifex demands a jury trial on all issues so triable.

//

//

Dated: January 29, 2020

                              DARIN W. SNYDER
                              ASHISH SUDHAKARAN
                              O'MELVENY & MYERS LLP

                              By:   */s/ Darin W. Snyder*
                                          Darin W. Snyder

                              Attorneys for Plaintiff
                              Artifex Software, Inc.