Judith B. Jennison, (SBN 165929)
JJennison@perkinscoie.com
Holly M. Simpkins, (WSBA 33297) (pro hac vice)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

May Eaton (SBN 298123)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
mayeaton@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
JOHN WILEY & SONS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN WILEY & SONS, INC., <br><br> Defendant. | Case No. 5:20-cv-00665-LHK <br><br> **DEFENDANT JOHN WILEY & SONS, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-15** <br><br> Complaint Filed: January 29, 2020 <br><br> Judge: Hon. Lucy H. Koh |

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this
2  date, Defendant John Wiley & Sons, Inc. ("Wiley"), has no parent corporation, and no publicly
3  held corporation owns 10% or more of its stock.

4  Additionally, pursuant to Civil L.R. 3-15, Defendant Wiley, by and through its
5  undersigned counsel, certifies that as of this date, other than the named parties, there is no such
6  interest to report.

Dated:  March 26, 2020

Respectfully submitted,

*/s/ May Eaton*
Judith B. Jennison, (SBN 165929)
JJennison@perkinscoie.com
Holly M. Simpkins, (WSBA 33297)
(pro hac vice)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

May Eaton (SBN 298123)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
mayeaton@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
JOHN WILEY & SONS, INC.

WILEY'S DISCLOSURE STATEMENT | 2 | Case No. 5:20-cv-00665-LHK